IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02497-PAB

OSCAR RIVERA GUERRA,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora Immigration and Customs Enforcement Processing Center,
GEORGE VALDEZ, Aurora Field Office Director of Enforcement and Removal Operations, Immigration and Customs Enforcement,
DAVID VENTURELLA, Acting Director U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, Acting U.S. Attorney General, and
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 13] of Judge Philip A. Brimmer entered on June 18, 2026, it is

**ORDERED** that petitioner Oscar Rivera Guerra's Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 29th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By       Román Villa
              Deputy Clerk